1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12   NORMA MAE MCDONALD,              )      NO. EDCV 11-738-CW
                                      )
13                                    )
               Plaintiff,             )
14                                    )
          v.                          )      JUDGMENT
15                                    )
                                      )
16   MICHAEL J. ASTRUE,               )
     Commissioner, Social Security    )
17   Administration,                  )
                                      )
18             Defendant.             )
                                      )
19

20       **IT IS ADJUDGED** that the decision of the Commissioner is affirmed.

21

22   DATED: May 9, 2012

23

24                         _Carla M. Woehrle_
                          _____
25                            CARLA M. WOEHRLE
                          United States Magistrate Judge

26

27

28